IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THEODORE C. "TED" BACA, as
Personal Representative of the Wrongful
Death Estate of HILLARY ANN
JARAMILLO, deceased; GEORGIA
MARQUEZ, individually as mother of
decedent; MICHAEL R. JARAMILLO II,
individually as brother of decedent; and
MICHAEL R. JARAMILLO, individually
as father of decedent.

      Plaintiffs,

vs.                                               No. 1:14-CV-00815-KBM-GBW

AG EXPRESS TRANSPORTATION, INC.,
A Foreign Corporation; DIOSDADO
PASCUA, an individual; and JOHN DOES 1-5,
unknown entities and individuals,

      Defendants.

## JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW, the Plaintiffs and the Defendants, by and through their attorneys of record and for their Joint Motion to Dismiss, state that they have amicably and confidentially resolved all claims arising out of the occurrences referenced in the Plaintiffs' Complaint and any amendments thereto.

WHEREFORE Plaintiffs and Defendants hereby request the entry of an Order dismissing Plaintiffs' Complaint, with prejudice.

Respectfully Submitted,

BUTT THORNTON & BAEHR PC

*/s/ S. Carolyn Ramos*
S. Carolyn Ramos
P.O. Box 3170
Albuquerque NM  87190-3170
(505) 884-0777
scramos@btblaw.com

*Attorneys for Defendants*

and

LAW OFFICE OF BRAD D. HALL

*/s/ Brad D. Hall*
Brad D. Hall
320 Gold Ave. SW, Ste. 1218
Albuquerque, NM  87102-3216
Phone:  (505) 255-6300
brad@bhallfirm.com

THE DAVIS LAW FIRM LLC
Ben Davis
111 Tulane Dr. SE
Albuquerque, NM  87106-1439
Phone:  (505) 750-8742
bdavis@tdlf-law.com

EDWARD CHAVEZ, JR., ESQ.
Edward Chavez, Jr.
800 Lomas Blvd. NW, Ste. 100
Albuquerque, NM  87102-1976
Phone:  (505) 243-5900
chavezlaw@msn.com

*Attorneys for Plaintiffs*