IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


THEODORE C. "TED" BACA, as
Personal Representative of the Wrongful
Death Estate of HILLARY ANN
JARAMILLO, deceased; GEORGIA
MARQUEZ, individually as mother of
decedent; MICHAEL R. JARAMILLO II,
individually as brother of decedent; and
MICHAEL R. JARAMILLO, individually
as father of decedent.

       Plaintiffs,

vs.                             No. 1:14-CV-00815-KBM-GBW

AG EXPRESS TRANSPORTATION, INC.,
A Foreign Corporation; DIOSDADO
PASCUA, an individual; and JOHN DOES 1-5,
unknown entities and individuals,

       Defendants.


## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come  before the Court upon the Joint Motion of the Plaintiffs

and the Defendants, to Dismiss, the Court, having reviewed the pleadings and being otherwise

fully informed FINDS that the Motion is WELL-TAKEN and shall be GRANTED.


WHEREFORE Plaintiffs' Complaint is hereby dismissed with prejudice. The parties

shall bear their own fees and costs.

_____
**HONORABLE KAREN B. MOLZEN**
**Chief United States Magistrate Judge**
**Presiding by Consent**


f:\3 efile\14cv00815_kbm_48_order_of_dismissal (00955551x9ca8b).docx

Respectfully Submitted,

BUTT THORNTON & BAEHR PC

/s/ S. Carolyn Ramos
S. Carolyn Ramos
P.O. Box 3170
Albuquerque NM  87190-3170
(505) 884-0777
scramos@btblaw.com

*Attorneys for Defendants*

and

LAW OFFICE OF BRAD D. HALL

/s/ Brad D. Hall
Brad D. Hall
320 Gold Ave. SW, Ste. 1218
Albuquerque, NM  87102-3216
Phone:  (505) 255-6300
brad@bhallfirm.com

THE DAVIS LAW FIRM LLC
Ben Davis
111 Tulane Dr. SE
Albuquerque, NM  87106-1439
Phone:  (505) 750-8742
bdavis@tdlf-law.com

EDWARD CHAVEZ, JR., ESQ.
Edward Chavez, Jr.
800 Lomas Blvd. NW, Ste. 100
Albuquerque, NM  87102-1976
Phone:  (505) 243-5900
chavezlaw@msn.com

*Attorneys for Plaintiffs*